Printed: 07/07/11 09:46 AM                                                                                               Page: 1

## Claims Distribution Small Checks

**Trustee: DOUGLAS J. WOLINSKY (650017)**

**Case:** 09-61814-D D - MURPHY, LAURA J.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Payee | Priority | Claimant | | | | |
| 9200026042596 | 107 | 07/07/11 | | | United States Bankruptcy Court | | | Check Amount: | $2.14 |
| | 11 | 11/02/09 | | 640 | YELLOW BOOK SALES & DISTRIBUTION INC<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 2.14 | 2.14 | 2.14 | 2.14 |

receipt to file



RECEIVED
JUN 1 1 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Rec'd #11 00 528

FILED
JUL 1 1 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

(*) Denotes objection to Amount Filed